# EXHIBIT D



An official website of the United States government  Here's how you know

Español  |  Other Languages



NLRB
National Labor Relations Board


MENU

Home

# Case Search Results

## The Dutra Group

E-File    Follow

**Case Number:** 20-CA-335452
**Date Filed:** 02/08/2024
**Status:** Open

**Location:** San Rafael, CA
**Region Assigned:** Region 20, San Francisco, California

### Docket Activity

Items per page: 10

| Date | Document | Issued/Filed By |
|---|---|---|
| 01/17/2025 | Answer to Complaint* | Charged Party / Respondent |
| 12/20/2024 | Complaint and Notice of Hearing* | NLRB - GC |
| 04/05/2024 | Signed Amended Charge Against Employer* | Charging Party |
| 03/05/2024 | Signed Amended Charge Against Employer* | Charging Party |
| 02/08/2024 | Signed Charge Against Employer* | NLRB - GC |

The Docket Activity list does not reflect all actions in this case.

\* This document may require redactions before it can be viewed. To obtain a copy, please file a request through our FOIA Branch.

### Related Documents

Back to top

Related Documents data is not available.

## Allegations

- 8(a)(5) Repudiation/Modification of Contract[Sec 8(d)/Unilateral Changes]
- 8(a)(3) Discharge (Including Layoff and Refusal to Hire (not salting))
- 8(a)(2) Unlawful Recognition
- 8(a)(5) Refusal to Recognize
- 8(a)(5) Refusal to Bargain/Bad Faith Bargaining (incl'g surface bargaining/direct dealing)

## Participants

| Participant | Address | Phone |
|---|---|---|
| **Charged Party / Respondent**<br>Legal Representative<br>Herman, Andrew<br>Blank Rome LLP | One Logan Square<br>130 North 18th Street<br>Philadelphia, PA<br>19103 | (215)569-5574 |
| **Involved Party**<br>Legal Representative<br>Morrison, Candace<br>Lipsitz Green Scime Cambria LLP | 42 Delaware Aveue<br>Suite 120<br>Buffalo, NY<br>14202 | (716)849-1333 |
| **Charging Party**<br>Legal Representative<br>Wojciechowski, Jason<br>Bush Gottlieb, ALC | 801 N. Brand Blvd., Suite 950<br>Glendale, CA<br>91203 | (818)973-3200 |
| **Involved Party**<br>Union<br>IUOE Local 25 | 463 State Route 33<br>Millstone Township, NJ<br>08535-8102 | |
| **Charging Party**<br>Union<br>International Organization of Masters, Mates & Pilots | 700 Maritime Boulevard, Suite B<br>Linthicum Heights, MD<br>21090 | (410)691-8148 |
| **Charged Party / Respondent**<br>Employer<br>The Dutra Group | 2350 Kerner Blvd., Suite 200<br>San Rafael, CA<br>94901 | (415)258-6876 |

## Related Cases

Related Cases data is not available.

## Most Popular Pages

[Who We Are](#)

[National Labor Relations Act](#)

[Cases & Decisions](#)

[Recent Charges & Petitions Filings](#)

[The Law](#)

[The Right to Strike](#)

[Case Search](#)

[Contact Us](#)

[Frequently Asked Questions](#)

## Content in Other Languages

Español - Spanish

العربية - Arabic

中文 (繁體中文) - Chinese (Traditional)

中文 (简体中文) - Chinese (Simplified)

Français - French

Kreyòl ayisyen - Haitian Creole

हिंदी - Hindi

Hmong - Hmong

한국어 - Korean

Polski - Polish

Português - Portuguese

ਪੰਜਾਬੀ - Punjabi

Русский - Russian

Somali - Somali

Tagalog - Tagalog

اردو - Urdu

Tiếng Việt - Vietnamese

## Connect With NLRB

**NLRB Subscription Updates**





**National Labor Relations Board**

Site Map | Policies | OpenGov | USA.gov | FOIA | Privacy | No Fear Act

**About**

Rights We Protect

What We Do

Who We Are

**Resources**

Inspector General

Fact Sheets

Fillable Forms

Related Agencies

E-file via SecureRelease

Section 508

Employee Rights Poster

**Other**

Site Feedback

FAQ

Contact Us