**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMOUNT DIVISION**

| | |
|---|---|
| THE DUTRA GROUP, | |
|     Plaintiff, | |
|       v. | |
| NATIONAL LABOR RELATIONS BOARD, a federal administrative agency, WILLIAM B. COWEN, in his official capacity as the Acting General Counsel of the National Labor Relations Board, MARVIN E. KAPLAN, in his official capacity as the Chairman of the National Labor Relations Board, DAVID M. PROUTY, in his official capacity as Board Members of the National Labor Relations Board, JILL H. COFFMAN, in her official capacity as a Regional Director for the National Labor Relations Board, and JOHN DOE in his official capacity as an Administrative Law Judge of the National Labor Relations Board, | C.A. No. 1:25-cv-00090-MAC |
|     Defendants. | |

**AMENDED CERTIFICATE OF SERVICE**

I certify that on February 26, 2025, I electronically filed a Complaint and Emergency Motion for Temporary Restraining Order and/or Preliminary Injunction with the court and that on February 27, 2025 also served it via certified U.S. Mail delivery to the persons listed below:

National Labor Relations Board
c/o William B. Cowen,
Acting General Counsel of the National Labor Relations Board
1015 Half Street SE
Washington, D.C. 20570-0001

William B. Cowen,
in his official capacity as Acting General Counsel of the National Labor Relations Board
1015 Half Street SE Washington, D.C. 20570-0001
Marvin E. Kaplan,

in his official capacity as a Chairman of the National Labor Relations Board
1015 Half Street SE Washington, D.C. 20570-0001

David M. Prouty,
in his official capacity as a Board Member of the National Labor Relations Board
1015 Half Street SE Washington, D.C. 20570-0001

Jill H. Coffman,
in her official capacity as a Regional Director of the National Labor Relations Board
Regional Office 20
450 Golden Gate Ave.
3rd Floor, Suite 3112
San Francisco, CA 94102

Pamela Bondi
Attorney General of the United States
U.S. Department of Judge
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Abe McGlothin, Jr.
Acting U.S. Attorney
550 Fannin, Suite 1250
Beaumont, Texas 77701

**BLANK ROME LLP**

*/s/ Audrey F. Momanaee*
Audrey F. Momanaee
Texas Bar No. 24055993
717 Texas Avenue, Suite 1400
Houston, TX 77002
Tel. 713-632-8613
audrey.momanaee@blankrome.com

Andrew I. Herman, Esquire
Pennsylvania Bar No. 317094
(*pro hace vice* motion forthcoming)
One Logan Square
130 North 18th Street
Philadelphia, PA 19103-6998
Tel. 215-569-5574
Fax. 215-832-5822
andrew.herman@blankrome.com

**Attorneys for Plaintiff**
**The Dutra Group**