| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

THE DUTRA GROUP, §
　§
　　　Plaintiff, §
　§
versus § CIVIL ACTION NO. 1:25-CV-90
　§
NATIONAL LABOR RELATIONS BOARD, §
WILLIAM B. COWEN, MARVIN E. §
KAPLAN, DAVID M. PROUTY, JILL H. §
COFFMAN, and JOHN DOE, §
　§
　　　Defendants. §

## ORDER

Pending before the court is Defendants' Motion for Abeyance, For an Extension of Time in the Alternative, and For Expedited Consideration (#11). After reviewing the motion and Plaintiff's response, the court grants Defendants' request to hold in abeyance and suspend further briefing on Plaintiff's Emergency Motion for a Temporary Restraining Order and/or Preliminary Injunction (#2) and Supplemental Motion for a Temporary Restraining Order (#7) pending resolution of Defendants' Motion to Transfer Venue (#12). Plaintiff shall respond to Defendants' Motion to Transfer Venue on or before March 20, 2025.

SIGNED at Beaumont, Texas, this 10th day of March, 2025.

_Marcia A. Crone_
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE